# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Rodrigo de Medeiros Siqueira<br><br>*Defendant(s)* | Case No. 25-mj-8522-PGL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May - June 2025** in the county of **Norfolk** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 331(k) | Misbranding of a drug after shipment in interstate commerce |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*William Hughes /by Paul G. Levenson*
*Complainant's signature*

William Hughes, FDA Special Agent
*Printed name and title*

Sworn via telephone in accordance with Fed. R. Crim. P. 4.1.

Date: October 10, 2025

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*