JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:** MA  **Category No.** II  **Investigating Agency** FDA

**City** Milton

**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number 25-mj-8522-PGL
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

Defendant Name: Rodrigo de Medeiros Siqueira  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Rodrigo Siqueira

Address: 530 Willard Street, Apt 306, Quincy, MA 02169, United States

Birth date (Yr only): 1992  SSN (last 4#): 7891  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** James E. McCall  Address: 107 Union Wharf
Bar Number: _____  Boston, MA 02109

**U.S. Attorney Information**

AUSA: Leslie Wright  Bar Number if applicable: 713920

**Interpreter:** ☑ Yes ☐ No  List language and/or dialect: Portuguese

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date:** October 14, 2025

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Hon. Paul G. Levenson, U.S. Magistrate Judge  on  October 14, 2025

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/11/2025  Signature of AUSA: *Leslie Wright*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Rodrigo de Medeiros Siqueira

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 331(k) | Misbranding of a drug after shipment in interstate commerce | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**